**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6590

SCOTTIE LEE GRAVES,

Plaintiff – Appellant,

v.

MIKE ANDREWS; JULIAN COUCH; GODWIN MENSAH; PATRICIA BUTLER,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (1:12-cv-00154-JAB-JLW)

Submitted:  August 26, 2013          Decided:  September 4, 2013

Before AGEE and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Scottie Lee Graves, Appellant Pro Se. Marie Therese Inserra, DURHAM COUNTY ATTORNEY'S OFFICE, Durham, North Carolina; Jennifer Bryant Milak, Rebecca Ann Rausch, TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scottie Lee Graves appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Graves v. Andrews, No. 1:12-cv-00154-JAB-JLW (M.D.N.C. Mar. 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED